FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 24 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHIMON HERZ, on behalf of himself and
all other similarly situated consumers,

Case No.: 1:19-cv-05299-LDH-JO

                Plaintiff,

-against-

**STIPULATION OF
VOLUNTARY DISMISSAL**

LAW OFFICES OF STEVEN COHEN LLC AND
PALISADES COLLECTION L.L.C.,

                Defendants.
-------------------------------------------------------------X

      Plaintiff, Shimon Herz, hereby voluntarily dismisses this action against defendants, Law Offices of Steven Cohen LLC and Palisades Collection, L.L.C., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice and without costs, disbursements, or attorneys' fees to either party as against the other.

      An executed copy of this Stipulation shall be deemed the same as a signed original.

      This, the 20 day of January, 2020. (MJB)

/s/ Adam J. Fishbein

Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
Attorneys for Plaintiff
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945

Matthew J. Bizzaro, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
Attorneys for Defendants
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844

SO ORDERED:

s/ LDH
_____
      U.S.D.J.


RD 1/24/20